In the Matter of the Application of the City of New York, Appellant, Relative to Acquiring Title, etc., to a New Street Between Bayview Avenue and Eldert Avenue, etc., in the Fifth Ward, Borough of Queens, City of New York. Philip Closs and Others, Respondents.— The order does not open a default, but in effect reviews and reverses the order confirming the report of the commissioners of estimate and assessment. Aside from the question of power, we do not think the papers presented justified the action of the court at Special Term. The order is reversed, with ten dollars costs and disbursements, and the motion denied, with costs. Hirschberg, P. J., Woodward, Hooker and Rich, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of Josephine G. Manske, Formerly Josephine Gunther, as Administratrix, etc., of Otto Gunther, Deceased, Respondent. Charles Otto Gunther, Appellant.— Decree of the Surrogate's Court of Kings County modified by reducing the compensation of Mr. Graves, the counsel, to $5,000, and by relieving the contestant of the costs of the reference and charging it to the estate, and as thus modified affirmed, without costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Mary McCabe, Deceased. Lucy J. Griffin, Appellant; Edward J. Megarr, as Executor, etc., of Mary McCabe, Deceased, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

James H. Kenny, Respondent, v. New York City Railway Company, Appellant. (Actions No. 1 and No. 2.)— Judgments of the Municipal Court affirmed on consent, in open court, with costs. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Terry G. Morgan, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker and Rich, JJ., concurred.

Peter Mulvey, Respondent, v. Elenora Fuchs, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

John K. Powell, Jr., Appellant, v. John J. Roach, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Paul Raff, Appellant, v. Marie Baer, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Margaret Rooney, as Administratrix, etc., of John Rooney, Deceased, Respondent, v. Brogan Construction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Fannie Slade, Appellant, v. Washington T. Dominy, Respondent, Impleaded with Mary E. S. De Grauw and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.